885 A.2d 951

IN THE MATTER OF WILLIAM E. MCMANUS, II, AN ATTORNEY AT LAW (ATTORNEY NO. 001671982).

November 23, 2005.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **WILLIAM E. McMANUS, II**, of **McAFEE**, who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of two years retroactive to December 10, 2002, by Order of this Court filed April 23, 2004, be restored to the practice of law, effective immediately.